Jayne Steele, Successor Personal Representative of the
Estate of Charles E. Steele II, deceased, appellant, v.
Rita C. Sedlacek, Personal Representative of the
Estate of Lisa M. Sedlacek, deceased, appellee.

626 N.W.2d 224

Filed June 22, 2001. No. S-99-760.

Vincent Valentino and Charles W. Campbell, of Angle,
Murphy, Valentino & Campbell, P.C., for appellant.

Michael F. Coyle and Andrea Friedlander Scioli, of Fraser,
Stryker, Meusey, Olson, Boyer & Bloch, P.C., for appellee.

Hendry, C.J., Wright, Connolly, Gerrard, Stephan,
McCormack, and Miller-Lerman, JJ.

Per Curiam.

This matter is before us on the motion for rehearing of the
appellant regarding our opinion reported at *Steele v. Sedlacek,*
261 Neb. 794, 626 N.W.2d 224 (2001). The appellant argues that
the district court should, after remand, direct a verdict in favor
of the appellant on the issue of liability and limit the new trial to
the issue of damages. We agree.

We overrule the motion for rehearing, but substitute for the
present paragraph following the heading "Conclusion," *id.* at
800, 626 N.W.2d at 229, the following paragraph:

(1)

For the reasons set forth herein, we reverse the decision of the Court of Appeals, and we remand the cause to the Court of Appeals with directions to further remand the cause to the trial court, with directions to enter a directed verdict in favor of Charles' estate on the issue of liability and conduct a new trial on the issue of damages only.

FORMER OPINION MODIFIED.

MOTION FOR REHEARING OVERRULED.